IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA KELLER MCINTYRE,<br><br>    Plaintiff,<br><br>  v.<br><br>COLLEGE OF HEALTH AND HUMAN SERVICES, SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendants<br>_____/ | No. C-06-3209 MMC<br><br>**ORDER CONDITIONALLY GRANTING PLAINTIFF'S REQUEST FOR ELECTRONIC CASE FILING** |

    Before the Court is plaintiff's request, filed June 19, 2006, that the above-titled action be designated an e-filing case.

    Good cause appearing, plaintiff's request is hereby GRANTED, on condition that plaintiff first register as an Electronic Case Filing User on the court's website.  Specifically, plaintiff must follow the registration procedure set forth on the court's website at https://ecf.cand.uscourts.gov/cand/newreg/index.html.  Once plaintiff completes the registration procedure and receives her e-filing password from the ECF Help Desk, plaintiff shall electronically file a notice stating she has received her e-filing password.  If such notice is filed, the Court will assign the case to the Electronic Case Filing Program, pursuant to General Order No. 45.  Other than the notice referred to above, all documents shall be filed on paper unless and until the Court assigns the above-titled case to the Electronic Case Filing Program.

    **IT IS SO ORDERED.**

Dated: June 21, 2006

                                                      MAXINE M. CHESNEY
                                                    United States District Judge