IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA KELLER-MCINTYRE,<br><br>    Plaintiff,<br><br>  v.<br><br>COLLEGE OF HEALTH AND HUMAN SERVICES, SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendants<br>_____/ | No. C-06-3209 MMC<br><br>**ORDER DIRECTING PARTIES TO CEASE COMMUNICATING WITH COURT BY EMAIL** |

On June 26 and June 27, 2006, the Court received a total of four emails from plaintiff, and was cc'd on an email from defendant to plaintiff. The parties are hereby advised that the Court's email address is to be used only after the instant case is designated for electronic filing, and then only for the purposes set forth in General Order 45. Consequently, no document emailed to the Court in the instant action is deemed filed. In particular, plaintiff's emailed request for a jury trial and her emailed change of address have no legal effect unless and until they are properly filed.[1]

For the reasons set forth above, the parties are hereby directed to cease communicating with the Court by email.

**IT IS SO ORDERED.**

Dated: June 27, 2006

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] On June 27, 2006, a paper copy of plaintiff's jury demand was filed. To date, plaintiff's change of address has not been filed.