IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-MCINTYRE,<br><br>    Plaintiff,<br>  v.<br><br>SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendant<br>_____/ | No. C-06-3209 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR NONDISCRIMINATORY WORK SITUATION AND NON-DISCRIMINATORY COMPENSATION** |

    Before the Court is plaintiff Julia Powell Keller-McIntyre's "Motion for Non-Discriminatory Work Situation & Non-Discriminatory Compensation," filed August 9, 2006. Plaintiff's motion fails to comply with the Local Rules of this District.

    In particular, the motion has not been noticed for a hearing. See Civil L.R. 7-2(a) (requiring motions to be "noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion"). Additionally, the motion does not include a memorandum of points and authorities setting forth a "succinct statement of the relevant facts" and "[a]rgument by the party, citing pertinent [legal] authorities." See Civil L.R. 7-4(a). Further, the factual contentions in support of the motion are not set forth in a declaration, and plaintiff has not submitted a proposed order. See Civil L.R. 7-2(c), 7-5.

Accordingly, plaintiff's motion is hereby DENIED without prejudice.[1]

Plaintiff is hereby advised to familiarize herself with the Civil Local Rules of this District, which may be obtained from the Clerk's Office, or from the Court's website at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: August 10, 2006

/s/ Maxine M. Chesney<br>
MAXINE M. CHESNEY<br>
United States District Judge

---

[1] The Court notes, however, that the relief sought, an order directing defendant to provide plaintiff various employment benefits and working conditions, ordinarily is not available at the pretrial stage of the proceedings.