IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-MCINTYRE,<br><br>    Plaintiff,<br>  v.<br><br>SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendant<br>_____/ | No. C-06-3209 MMC<br><br>**ORDER DENYING MISCELLANEOUS MOTIONS**<br><br>(Docket Nos. 58, 59, 60) |

Before the Court are three motions filed August 17, 2006 by plaintiff Julia Powell Keller-McIntyre: (1) "Motion to Require City of SF to Remove Graffiti at Julia & Missions Sts., SF"; (2) "Motion to Require City of SF to Remove Billboard Poster of Car Accident & Warning"; and (3) "Motion to Gain Professional Training in Access."

For the reasons set forth at the August 18, 2006 case management conference, the motions are hereby DENIED.

This order terminates Docket Nos. 58, 59, 60.

**IT IS SO ORDERED.**

Dated: August 24, 2006

                                    MAXINE M. CHESNEY
                                    United States District Judge