United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIA POWELL KELLER-MCINTYRE,

    Plaintiff,

v.

SAN FRANCISCO STATE UNIVERSITY,

    Defendant

No. C-06-3209 MMC

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S "MOTION FOR HEARING W/I 35 DAYS OF 8/23/06 ON (LEGAL) WORK ASSIGNMENTS & COMPENSATION"**

    Before the Court is plaintiff Julia Powell Keller-McIntyre's "Motion for Hearing w/i 35 Days of 8/23/06 on (Legal) Work Assignments & Compensation," filed August 24, 2005. Plaintiff's motion fails to comply with the Local Rules of this District because the factual contentions in support of the motion are not set forth in a declaration, and plaintiff has not submitted a proposed order. See Civil L.R. 7-2(c), 7-5; see also 28 U.S.C. § 1746 and Fed. R. Civ. P. 56(e) (setting forth requirements for declarations).

    Accordingly, plaintiff's motion is hereby DENIED without prejudice.[1]

    **IT IS SO ORDERED.**

Dated: August 25, 2006

                                  MAXINE M. CHESNEY
                                  United States District Judge

---

[1] The Court notes, however, that the relief sought, an order directing defendant to provide plaintiff "a nondiscriminatory condition of employment and nondiscriminatory compensation," (see Motion at 5), ordinarily is not available at the pretrial stage of the proceedings.