IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-MCINTYRE,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendant<br>_____/ | No. C-06-3209 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S "MOTION TO HOLD MARIA ALLAIN IN CONTEMPT OF COURT"** |

      Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff's "Motion to Hold Maria Allain in Contempt of Court," filed September 7, 2006, by which plaintiff seeks to compel a third party witness to comply with a subpoena, is hereby referred to Magistrate Judge Edward M. Chen, the magistrate judge to whom all discovery disputes in the instant action have been referred, to be heard and considered at the convenience of his calendar.

      The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Chen's chambers. Plaintiff is hereby advised that all future discovery motions shall be noticed for hearing before Magistrate Judge Chen.

      **IT IS SO ORDERED.**

Dated: September 8, 2006

                                                MAXINE M. CHESNEY<br>                                                United States District Judge