IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIA POWELL KELLER-MCINTYRE,　　　　No. C-06-3209 MMC

　　　　Plaintiff,　　　　**ORDER RE: PLAINTIFF'S LETTER BRIEF DATED SEPTEMBER 6, 2006**

　　v.

SAN FRANCISCO STATE UNIVERSITY,

　　　　Defendant
_____/

　　　　Before the Court is a letter, filed September 7, 2006 by plaintiff and addressed to "Honorable Justices Chesney, LaPort & Chen." The Court does not act on letters filed by the parties. If plaintiff wishes the Court to take action, she must file a motion in accordance with the requirements of the Civil Local Rules. The Court will not consider any request for relief that is not in the form of a motion, and will not consider any evidence that is not submitted in admissible form in connection with a motion. Plaintiff is again advised to familiarize herself with the Civil Local Rules of this District, which may be obtained from the Clerk's Office, or from the Court's website at http://www.cand.uscourts.gov.

　　**IT IS SO ORDERED.**

Dated: September 8, 2006

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge