United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-MCINTYRE,<br><br>           Plaintiff,<br><br>   v.<br><br>COLLEGE OF HEALTH & HUMAN SERVICES, SAN FRANCISCO STATE UNIVERSITY,<br><br>           Defendant.<br>_____/ | No. C-06-3209 MMC (EMC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO HOLD MARIA ALLAIN IN CONTEMPT OF COURT**<br><br>**(Docket No. 79)** |

       Plaintiff Julia Powell Keller-McIntyre has filed a motion to hold Maria Allain in contempt of court. The Court hereby **DENIES** the motion without prejudice and **VACATES** the hearing on the motion.

       The relief sought by Ms. Keller-McIntyre is denied for now for several reasons. First, there is no proof that Ms. Keller served a copy of this motion on Ms. Allain (or for that matter, on Defendant the College of Health & Human Services). In other words, Ms. Allain may not be on notice that a sanction is being sought against her. Second, even if Ms. Allain did receive notice of the motion, the motion is defective because Ms. Keller-McIntyre failed to submit to the Court a copy of the subpoena and proof that the subpoena was actually served on Ms. Allain. Although Ms. Keller-McIntyre claims in her motion that she "politely gave Ms. Allain a subpoena," she provides no declaration, sworn under the penalty of perjury, that that is the case. In addition, there is no proof that the College, a party to this action, received notice of the subpoena. *See* Fed. R. Civ. P. 45(b)(1) ("Prior notice of any commanded production of documents and things [pursuant to a subpoena] . . .

1  shall be served on each party in the manner described by Rule 5(b)."); Fed. R. Civ. P. 30(b)(1) ("A
2  party desiring to take the deposition of any person upon oral examination shall give reasonable
3  notice in writing to every other party in the action.").

4      Although the Court denies Ms. Keller-McIntyre's motion, the denial is without prejudice so
5  that Ms. Keller-McIntyre is not barred from refiling the motion in the future.  Should all the
6  requirements of service and proof of service be fulfilled.  The Court notes, for Ms. Keller-
7  McIntyre's benefit, that if Ms. Allain is an employee of the College and the information she seeks
8  from Ms. Allain is in the possession, control, or custody of the College, she need not subpoena Ms.
9  Allain individually to get the information but rather may propound discovery requests directly to the
10 College.  *See* "Handbook for Litigants Without a Lawyer" (enclosed via hard copy mailing), pp. 78-
11 80.

12     This order disposes of Docket No. 79.

14     IT IS SO ORDERED.

16 Dated: October 3, 2006

17                                                 EDWARD M. CHEN
18                                                 United States Magistrate Judge

**United States District Court**
For the Northern District of California