IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-MCINTYRE,<br><br>    Plaintiff,<br>  v.<br><br>COLLEGE OF HEALTH & HUMAN SERVICES, SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendant<br>_____/ | No. C 06-3209 MMC (EMC)<br><br>**ORDER DENYING OBJECTION TO MAGISTRATE JUDGE CHEN'S ORDER DENYING PLAINTIFF'S REQUEST FOR ORDER TO ANSWER DISCOVERY REQUESTS** |

       Before the Court is plaintiff's objection, filed November 8, 2006, to Magistrate Judge Edward M. Chen's November 2, 2006 Order Denying Plaintiff's Request for Order to Answer Discovery Requests.

       Having fully considered the matter, the Court hereby DENIES the objection for the reason plaintiff has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law).

       **IT IS SO ORDERED.**

Dated: November 14, 2006

                                       MAXINE M. CHESNEY<br>
                                       United States District Judge