IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-MCINTYRE,<br><br>    Plaintiff,<br>  v.<br><br>COLLEGE OF HEALTH & HUMAN SERVICES, SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendant<br>_____ / | No. C 06-3209 MMC (EMC)<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE CHEN PLAINTIFF'S AND DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE CHEN'S ORDER RE: PRODUCTION OF PERSONNEL RECORDS** |

    Before the Court is defendant's objection, filed November 8, 2006, and plaintiff's objection, filed November 13, 2006, to Magistrate Judge Edward M. Chen's October 31, 2006 Order extending the discovery deadline for the limited purpose of enforcing, in part, plaintiff's subpoena for personnel records. Because each party seeks modification of Magistrate Judge Chen's order on the basis of factual issues that were not presented to Magistrate Judge Chen initially, the Court finds Magistrate Judge Chen should be afforded the opportunity to address such matters in the first instance.

    Accordingly, the above-referenced objections are hereby REFERRED to Magistrate Judge Chen to be considered at the convenience of his calendar. The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Chen's chambers.

**IT IS SO ORDERED.**

Dated: November 14, 2006

                                                    _____
                                                  MAXINE M. CHESNEY
                                                  United States District Judge