UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-MCINTYRE,<br><br>        Plaintiff,<br><br>    v.<br><br>COLLEGE OF HEALTH & HUMAN SERVICES, SAN FRANCISCO STATE UNIVERSITY,<br><br>        Defendant.<br>_____/ | No. C-06-3209 MMC (EMC)<br><br>**ORDER FINDING MOOT PLAINTIFF'S BRIEF IN SUPPORT OF JUDGE CHEN'S ORDER TO RECONVENE DZIADUR DEPOSITION**<br><br>**(Docket No. 126)** |

      Plaintiff Julia Powell Keller-McIntyre has filed a document titled "Brief in Support of Judge Chen's Order to Reconvene Dziadur Deposition." In the document, Ms. Keller-McIntyre represents that the University failed to comply with this Court's prior order granting her request for a further deposition of Mr. Dziadur. However, as the University points out, the Court did not grant the request for a further deposition until October 31, 2006. *See* Docket No. 105. Therefore, it is impossible that Ms. Keller-McIntyre could have -- as she claims -- reset the deposition for October

////
///
///
///
///
///

23, 2006.  Moreover, it appears that the parties have agreed that Mr. Dziadur will be deposed on December 4, 2006.  In light of the above, the Court hereby finds any relief requested by Ms. Keller-McIntyre in her brief moot.

This order disposes of Docket No. 126.

IT IS SO ORDERED.

Dated:  December 1, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
**For the Northern District of California**

1
2
3
4

5                              UNITED STATES DISTRICT COURT

6                             NORTHERN DISTRICT OF CALIFORNIA

7

8   JULIA POWELL KELLER-MCINTYRE,           No. C-06-3209 MMC (EMC)

9               Plaintiff,

10      v.
                                            **CERTIFICATE OF SERVICE**
11  COLLEGE OF HEALTH & HUMAN
    SERVICES, SAN FRANCISCO STATE
12  UNIVERSITY,

13              Defendant.
                                          /
14

15

16      I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern

17  District of California. On the below date, I served a true and correct copy of the attached, by placing

18  said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing

19  said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle

20  located in the Office of the Clerk.

21  Julia Powell Keller-McIntyre            ***ALL OTHER COUNSEL/PARTIES TO***
    P.O. Box 320662                         ***RECEIVE ORDER VIA ELECTRONIC***
22  San Francisco, CA 94132                 ***FILING***
    415/314-4204 (cell)
23  415/405-3943 (work)

24  Dated: December 1, 2006                 RICHARD W. WIEKING, CLERK

25

26                                          By:         /s/
                                                  Leni Doyle
27                                                Deputy Clerk

28

                                               3