IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-McINTYRE, | No. C-06-3209 MMC |
| Plaintiff, | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DENYING DEFENDANT'S MOTION FOR ORDER PROHIBITING PLAINTIFF'S INTRODUCTION OF EXPERT TESTIMONY** |
| v. | |
| COLLEGE OF HEALTH & HUMAN SERVICES, SAN FRANCISCO STATE UNIVERSITY, | |
| Defendant | (Docket No. 132) |

On December 12, 2006, Magistrate Judge Edward M. Chen issued a report and his recommendation that defendant's Motion for Order Prohibiting Plaintiff's Introduction of Expert Testimony, filed December 8, 2006, be denied. As defendant was electronically served with the report and recommendation on December 12, 2006, any objections thereto were required to be filed no later than December 27, 2006. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a). To date, no objection has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the report and recommendation in its entirety and, accordingly, hereby DENIES defendant's Motion for Order Prohibiting Plaintiff's Introduction of Expert Testimony.

**IT IS SO ORDERED.**

Dated: January 3, 2007.

_____
MAXINE M. CHESNEY
United States District Judge