IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-MCINTYRE,<br><br>    Plaintiff,<br>  v.<br><br>SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendant<br>_____/ | No. C-06-3209 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

    Before the Court is plaintiff's motion to extend, from Friday, January 19, 2007 to Monday, January 22, 2007, the deadline for plaintiff to oppose defendant's motion for summary judgment. Plaintiff states that defendant's counsel has no objection to her request. Accordingly, and for good cause shown, the motion is hereby GRANTED.

    **IT IS SO ORDERED.**

Dated: January 11, 2007

                                              MAXINE M. CHESNEY
                                              United States District Judge