IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-MCINTYRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO STATE UNIVERSITY,<br><br>　　　　Defendant<br>_____ / | No. C-06-3209 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE; GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 148, 152) |

　　　Before the Court is plaintiff's motion, filed January 15, 2007, to extend the January 22, 2007 deadline for plaintiff to oppose defendant's motion for summary judgment, and to continue the February 9, 2007 hearing on said motion. Defendant has filed an opposition, in which it concedes that an extension of the opposition deadline and continuance of the hearing are appropriate, but objects to the amount of time requested by plaintiff. Also before the Court is plaintiff's motion, filed January 22, 2007, for leave to supplement her opposition to defendant's motion for summary judgment upon receipt of the report of her expert witness, Dr. Gerald V. Barrett ("Dr. Barrett").[1]

　　　For good cause shown, both motions are hereby GRANTED. No later than February 9, 2007, plaintiff may file a supplemental opposition of no more than five pages in length for the purpose of addressing Dr. Barrett's expert report. Defendants may file a reply no later

---

[1] On January 22, 2007, plaintiff filed an opposition to defendant's motion for summary judgment.

than February 16, 2007.  The hearing on the motion for summary judgment is hereby continued from February 9, 2007 to March 2, 2007 at 9:00 a.m.

This order terminates Docket Nos. 148 and 152.

**IT IS SO ORDERED.**

Dated: January 22, 2007

_____
MAXINE M. CHESNEY
United States District Judge