IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIA POWELL KELLER-MCINTYRE,   No. C-06-3209 MMC

    Plaintiff,   **ORDER TO SHOW CAUSE**

  v.

SAN FRANCISCO STATE UNIVERSITY,

    Defendant.
_____/

    On January 26, 2007, plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-entitled action.  Counsel for defendant appeared.

    Accordingly, plaintiff is hereby ordered to show cause in writing, filed with the Court and served on opposing counsel no later than February 9, 2007, why monetary sanctions and/or other sanctions should not be imposed.

    **IT IS SO ORDERED.**

Dated: January 26, 2007

                                               MAXINE M. CHESNEY
                                               United States District Judge