IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-MCINTYRE,<br><br>           Plaintiff,<br><br>     v.<br><br>SAN FRANCISCO STATE UNIVERSITY,<br><br>           Defendant<br>_____/ | No. C-06-3209 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On January 26, 2007, the Court issued an order to show cause why sanctions should not be imposed on plaintiff as a result of her failure to appear at the January 26, 2007 case management conference. On February 7, 2007, plaintiff filed a response to the order to show cause. In light of the explanation set forth in plaintiff's response, the Court hereby DISCHARGES the order to show cause and will not impose sanctions.

**IT IS SO ORDERED.**

Dated: February 7, 2007

MAXINE M. CHESNEY
United States District Judge