IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-MCINTYRE,<br><br>   Plaintiff,<br><br>   v.<br><br>SAN FRANCISCO STATE UNIVERSITY,<br><br>   Defendant | No. C-06-3209 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO EXTEND DEADLINES RE: PRETRIAL FILINGS** |

   Before the Court is the plaintiff's motion, filed February 26, 2007, for an extension, to Monday, March 19, 2007, of the deadlines to file the parties' joint pretrial statement, and plaintiff's jury instructions and motions in limine, as well as the deadline for exchanging exhibits between the parties. Plaintiff states that defendant's counsel has "agreed to postponement." (See Motion at 1.)

   Pursuant to the Pretrial Preparation Order, the pretrial conference in the above-titled action is Tuesday, March 20, 2007. If the Court were to permit plaintiff to delay preparation of her pretrial filings until March 19, 2007, as requested, the Court would not have time to prepare for the pretrial conference.

   Accordingly, plaintiff's motion is hereby GRANTED in part and DENIED in part; the above-referenced deadlines are hereby EXTENDED to Friday, March 9, 2007.

   **IT IS SO ORDERED.**

Dated: March 5, 2007

MAXINE M. CHESNEY
United States District Judge