IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-MCINTYRE,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendant<br>_____/ | No. C-06-3209 MMC<br><br>**ORDER RE DEFENDANT'S REQUEST FOR CLARIFICATION** |

    Before the Court is defendant's request for clarification with respect to the Court's order of March 5, 2007.

    The March 5, 2007 order was issued in response to plaintiff's request for an extension. Defendant did not file a joinder or other response to plaintiff's request. Accordingly, as set forth in the order, only the deadlines specified therein have been extended, specifically, the deadlines for plaintiff's separate pretrial filings, the parties' joint pretrial statement, and the parties' exchange of exhibits. The deadline for defendant's separate pretrial filings was not extended.

    In their request for clarification, defendant now seeks an extension to file its jury instructions and motions in limine. Defendant provides no grounds for such extension. Nevertheless, to facilitate a more orderly review of the parties' submissions, defendant's

request for an extension to March 9, 2007 to file its jury instructions and motions in limine is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: March 6, 2007

MAXINE M. CHESNEY
United States District Judge