IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-McINTYRE,<br><br>    Plaintiff,<br><br>  v.<br><br>COLLEGE OF HEALTH AND HUMAN SERVICES, SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendants<br>_____/ | No. C-06-3209 MMC<br><br>**ORDER STRIKING NOTICE OF APPEARANCE OF COUNSEL** |

    On March 16, 2007, plaintiff filed a "Notice of Appearance of Counsel," signed by C. Reynolds Keller and stating said attorney "is entering this matter with Julia Keller-McIntyre in Propria Persona as co-counsel of record."

    The Court is unaware of any authority providing for "co-counsel" of the above-described nature. Cf. Kay v. Ehrler, 499 U.S. 432 (1991) (holding "a pro se litigant . . . is not entitled to attorney's fees"; observing "the word 'attorney' assumes an agency relationship") (emphasis omitted).

    Accordingly, the Notice of Appearance is hereby STRICKEN, without prejudice to said counsel's filing a general appearance as sole counsel of record.

    If said counsel does make such an appearance, it will be his responsibility to file and receive all documents on plaintiff's behalf and to conduct all proceedings on the record in court. Plaintiff, of course, will have the right to review all such documents, to be present at

all such proceedings, and to assist counsel in the presentation of her case both in and outside the courtroom. She may not, however, address the Court or jury directly, other than as a witness.

**IT IS SO ORDERED.**

Dated: March 20, 2007

_____
MAXINE M. CHESNEY
United States District Judge