| | |
|---|---|
| JULIE KELLER MCINTYRE | ) Case # C06-03209MMC, EDL, EMC |
| Plaintiff In Propria Persona | ) |
| | ) **DISTRICT JUDGE CHESNEY** |
| vs. | ) |
| | ) |
| | ) <u>NOTICE OF SUBSTITUTION OF COUNSEL</u> |
| CHHS, SFSU | ) |
| Defendant | ) March 22, 2007 |
| | ) |
| Defendant's Attorney, John Shupe | |

Now comes C. Reynolds Keller who gives notice that he is entering this matter as substitute counsel for Julia Keller McIntyre, In Propria Persona, and will hence forth undertake the responsibilities of counsel for Plaintiff.

Respectfully submitted,

s/ C. Reynolds Keller
C. Reynolds Keller
CA Bar Number: 60305
535 Pacific Avenue
San Francisco, CA 94133
415-421-9292

Dated: March 22, 2007

IT IS SO ORDERED

Judge Maxine M. Chesney

NOTICE OF SUBSTITUTION OF COUNSEL  C06-03209 MMC