John A. Shupe, Esq., SBN: 87716
Anita L. Rimes, Esq., SBN: 215534
Eric K. Shiu, Esq., SBN: 156167
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA  94402
Telephone:    (650) 341-3693
Facsimile:    (650) 341-1395

Attorneys for The Board of Trustees of the California State University, which is the State of California acting in its higher education capacity (erroneously sued herein as "San Francisco State University")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-McINTYRE,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendant. | CASE NO:  C 06 03209 MMC<br><br>[PROPOSED] ORDER ALLOWING COUNSEL ACCESS TO COURTROOM TO SET UP EQUIPMENT FOR TRIAL<br><br>Trial Date:    April 2, 2007<br>Courtroom:    Honorable Maxine Chesney |

The Court, having set the above-captioned matter for trial scheduled to commence on April 2, 2007, and having been requested, by counsel, to allow counsel access to Courtroom No. 7, 19th Floor, for the purposes of setting up an Elmo Projector to be used during the trial, does now order as follows:

The U.S. Marshall Service shall allow defense counsel John A. Shupe, and plaintiff's counsel C. Reynolds Keller, access to Department 7, before, during or after normal business hours of this Department, on April 2, 2007, and for the eight (8) calendar days following to set-up, test, and when the trial is completed, to remove, an Elmo Projector and any related trial materials.

Dated: __March 29__, 2007

_____
Judge, United States District Court