John A. Shupe, Esq., SBN: 87716
Anita L. Rimes, Esq., SBN: 215534
Eric K. Shiu, Esq., SBN: 156167
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone:  (650) 341-3693
Facsimile:  (650) 341-1395

Attorneys for The Board of Trustees of the California State University, which is the State of California acting in its higher education capacity (erroneously sued herein as "San Francisco State University")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA POWELL KELLER-McINTYRE, <br><br>Plaintiff, <br><br>v. <br><br>SAN FRANCISCO STATE UNIVERSITY, <br><br>Defendant. | CASE NO: C 06 03209 MMC <br><br>STIPULATION REGARDING COSTS, FEES AND APPEAL FOLLOWING ENTRY OF JUDGMENT FOR DEFENDANT <br>AND ORDER THEREON |

The parties to this action, by and through their respective attorneys of record, do now stipulate and agree as follows:

WHEREAS, Judgement in this action following trial and special verdicts showing no liability was entered for Defendant Board of Trustees of the California State University and against Plaintiff Julia Powell Keller-McIntyre on April 17, 2007; and

WHEREAS, the parties have post-trial claims and planned motions for costs, attorneys fees, new trial and appeal, and taking actions on such claims and planned motions will cause each to incur further expense, with the risk that the Court might not grant the relief sought; and

WHEREAS, the parties have decided that pursuit of such planned claims and motions is no longer worth the time and expense involved,

NOW, THEREFORE, the parties agree and stipulate as follows:

Page 1

1. Neither plaintiff nor defendant shall file any claim or motion for recovery of costs, attorneys fees, new trial or appeal; nor, following the filing of this stipulation shall either party take any further action regarding this lawsuit.

2. Plaintiff herewith waives her right to challenge the verdicts or judgment by motion or appeal or otherwise. Defendant herewith waives its right to recover costs and/or attorneys fees as part of its judgment.

3. To the extent the enforceability of this Stipulation requires the Court to enter an order thereon, the parties further consent and agree to entry of such order.

DATED: 4/23/07

SHUPE AND FINKELSTEIN

BY: _____
John Shupe, Esq., Attorneys
For Defendant

DATED: 4/23/07

LAW OFFICES OF REYNOLDS C. KELLER

BY: _____
C. Reynolds Keller, Esq. Attorney
For Plaintiff
60305 - ST. BAR.

Dated: April 25, 2007



IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA